UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ACHILLES CORELLEONE, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION H-12-0235 |
| HOUSTON POLICE DEPARTMENT, *ET AL.*, | § |
| Defendants. | § |

## Opinion on Dismissal

The plaintiff filed this case while confined in state prison. The plaintiff was apparently released and has failed to keep the court advised of his current address as required by Local Rule 83.4.

Under the court's inherent power to manage its own docket, this case will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997). On a proper showing, this court will grant relief from this order under Fed. R. Civ. p. 60(b).

Signed June 5, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge